```
            UNITED STATES DISTRICT COURT
                DISTRICT OF MINNESOTA
              CIVIL NO. 20-815(DSD/KMM)
```

Mohamud Hussein Ahmed,

       Petitioner,

v.

Guy Bosch, Warden,

       Respondent.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Katherine Menendez dated November 17, 2021. No objections to the R&R have been filed in the time period permitted.

Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The R&R [ECF No. 15] is adopted in its entirety;

    2.   The Petition for Writ of Habeas Corpus [ECF No. 1] is denied; and

    3.   The case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 13, 2021

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court